■ In the Matter of SAMUEL S. et al., Petitioners, v KATHY J. KING et al., Respondents. [931 NYS2d 531]—

The underlying motion was decided in an order of the Supreme Court, Kings County, dated September 23, 2011. Accordingly, this proceeding has been rendered academic. Dillon, J.P., Balkin, Eng and Cohen, JJ., concur.